**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed October 14, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00374-CV

### IN RE DARRELL ARCHER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1145555**

## MEMORANDUM MAJORITY OPINION

On July 8, 2021, relator Darrell Archer filed a petition for writ of mandamus in this Court, followed by an amended petition for writ of mandamus filed July 27, 2021. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the amended petition, relator asks this Court to compel the Honorable Lesley Briones, presiding judge of the County Civil Court at Law No. 4 of Harris County, to vacate

the court's June 22, 2021, order granting plaintiffs' motion to compel discovery in aid of judgment.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

/s/    Kevin Jewell
       Justice

Panel consists of Justices Wise, Jewell, and Spain.  (Spain, J., dissenting).